%AO 440 (Rev. 10/93) Summons in a Civil Action

SCANNED
DATE: 3/10/04
BY: ___tour___

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Mass Tech Communications, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Robert Curran

CASE NUMBER:

**04cv 10604 NG**

TO: (Name and address of Defendant)

Robert Curran
89 Access Road, Suite A
Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark W. Batten
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              3-29-04

CLERK                                     DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/29/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Murray | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By leaving said Summons and complaint along with an allowed motion for restraining order and a memo in support of this motion at the last and usual place of abode of the defendant Robert Curran located at 20 Bonnie Lane, Norwood, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/04
           Date

Signature of Server

Address of Server: 6 Beacon Street, Suite 825
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.