IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  A II: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MASSTECH COMMUNICATIONS, INC., <br> Plaintiff, <br> v. <br> ROBERT CURRAN, <br> Defendant. | Civil Action No. 04-CV-10604 NG |

### NOTICE OF CHANGE OF ADDRESS OF PLAINTIFF'S COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given to the Clerk of the above-named Court and to all counsel of record in the above-captioned action that, effective June 1, 2004, the address of counsel for the plaintiff shall be:

Proskauer Rose LLP
One International Place
14th Floor
Boston, MA 02110

The telephone number will be (617) 526-9850.

Respectfully submitted,

Dated: May 28, 2004

By: _Mark W. Batten_
Mark W. Batten (BBO #566211)
BINGHAM McCUTCHEN, LLP
150 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 951-8000