## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

MASSTECH
COMMUNICATIONS, INC.,

    Plaintiff,

    v.

                                  CA. NO.04-10604-NG

RALPH CURRAN,

    Defendant.

## *NOTICE*

September 10, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:45 a.m., Friday, September 24, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                  /s/
                              **MARIANNE B. BOWLER**
                              Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**