IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSTECH COMMUNICATIONS, INC., )<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CURRAN, KEVIN CURRAN<br>and THE MARKETPLACE GROUP, INC.<br><br>Defendants. | CIVIL ACTION<br>NO.  04 CV 10604 NG |

## PLAINTIFF'S ASSENTED-TO MOTION TO POSTPONE STATUS CONFERENCE

Plaintiff MassTech Communications, Inc. respectfully requests that the Court postpone for thirty days the status conference currently scheduled for September 24, 2004.

In support of that request, the parties state that they have reached an agreement in principle to resolve the case, and that avoidance of the expense of attending the status conference would assist in advancing that agreement toward a final settlement. Because some steps remain to be completed – in particular a limited production of documents to confirm certain representations made during settlement negotiations – the parties are not prepared to report the matter settled as yet, but currently believe they can close the remaining issues in the next thirty days.

Further, counsel for the plaintiff is scheduled to be in trial on September 24 on an arbitration matter that has been scheduled for some months.

For all of the foregoing reasons, plaintiff respectfully requests that the Court postpone the status conference for thirty days.  Defendants' counsel has assented to the requested postponement.

Respectfully submitted,

MASSTECH COMMUNICATIONS. INC.

By its attorneys,

Mark W. Batten
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110
(617) 526-9850

Dated:  September 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by facsimile and first-class mail, postage prepaid, this 23rd day of September, 2004.

Mark W. Batten

2

# PROSKAUER ROSE LLP

One International Place
Boston, MA 02110-2624
Telephone 617.526.9600
Fax 617.526.9699

NEW YORK
LOS ANGELES
WASHINGTON
BOCA RATON
NEWARK
PARIS

| | | | |
|---|---|---|---|
| **Date** | September 23, 2004 | **Client-Matter** 14128-001 | **Fax Transmittal** |
| **Total Pages (Including Cover)** | | 3 | |

**From**    Mark Batten

**Sender's Voice Number**    617.526.9850

**Sender's Email Address**    mbatten@proskauer.com

**Sender's Room Number**

**Main Fax Number**    617.526.9899

**To:**   **CLERK OF COURT**

**Company:**   USDC

**Fax No.:**   617-204-5833

**Voice No.:**

**Re:**   **Masstech Communications, Inc. v. Robert Curran, et al.**
**Civil Action No. 04 CV 10604 NG**

Dear Sir or Madam:

    Enclosed for filing please find Plaintiff's Assented-To Motion to Postpone Status Conference.

    Thank you for your attention to this matter,

          Very truly yours,

          Mark W. Batten. (pp)

Enclosure

cc:   Gary Lee, Esq.

**Confidentiality Note:** This message is confidential and intended only for the use of the addressee(s) named above. It may contain legally privileged material. Dissemination, distribution or copying of this message, other than by such addressee(s), is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original to us at the address above. We will reimburse you for the cost of the telephone call and postage. Thank you.