IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSTECH COMMUNICATIONS, INC., )<br>)<br>Plaintiff,  )<br>)<br>v.    )<br>)<br>ROBERT CURRAN, KEVIN CURRAN  )<br>and THE MARKETPLACE GROUP, INC. )<br>)<br>Defendants.  )<br>) | CIVIL ACTION<br>NO. 04 CV 10604 NG |

## NOTICE OF APPEARANCE

Now comes Attorney Patrick Michaud and respectfully requests that this Honorable court notice his appearance on behalf of the defendants in the above-referenced action.

Respectfully submitted,

Robert Curran, Kevin Curran, & The
Marketplace Group, Inc.

By its attorney,

Patrick Michaud, Esq.  BBO#632154
49 Hall Street, Suite #3
Jamaica Plain, MA  02130
(617) 290-9440

Dated: July 25, 2005

Error! Unknown document property name.