UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
MASSTECH COMMUNICATIONS, INC.,)
      Plaintiff,             )
                             )
v.                           )     Civ. No. 04-10604-NG
                             )
                             )
ROBERT CURRAN,               )
      Defendant.             )
_____)
```
GERTNER, D.J.:


### ORDER

Pursuant to Mass. R. Civ. P. 65, this Court enters a preliminary injunction in the above entitled case.  It is ordered that defendant Robert Curran be **RESTRAINED** as follows:

(a) from further use or dissemination of any database, customer list, or other confidential information and/or trade secrets of MTC;

(b) from removing, destroying, or otherwise altering any computer or data storage devices in Curran's possession, custody, or control; and,

(c) from solicitation of MTC's customers and contacts.


SO ORDERED.

Dated: April 13, 2003                    s/NANCY GERTNER, U.S.D.J.