IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSTECH COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v, ) | CIVIL ACTION |
| ) | NO. 04 CV 10604 NG |
| ROBERT CURRAN, KEVIN CURRAN ) | |
| and THE MARKETPLACE GROUP, INC. ) | |
| Defendants ) | |

### ASSENTED TO MOTION TO EXTEND THE TIME FOR FILING DEFENDANTS' OPPOSITION MOTION TO PLAINTIFF'S MOTION FOR JUDGMENT

Now come the Defendants and hereby respectfully request that the court allow this assented to Motion to Extend the Time for Filing its Opposition Motion to the Plaintiff's Motion for Judgment to January 5, 2006.

Respectfully Submitted,

ROBERT CURRAN, KEVIN CURRAN        MASSTECH
and THE MARKEPLACE GROUP, INC.     COMMUNICATIONS, INC.

By its Attorney,                   By its Attorney,

_____          _____
Patrick Michaud, Esq.  BBO# 632154 Mark W. Batten
14 Ashfield Street                 PROSKAUER ROSE LLP
Roslindale, MA  02131              One International Place
617-290-9440                       Boston, MA 02110
                                   617-526-9850

Dated: December 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via first-class mail, postage prepaid this 23rd day of December, 2005.

_____
Patrick Michaud