IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSTECH COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO.  04 CV 10604 NG |
| ROBERT CURRAN, KEVIN CURRAN ) | |
| and THE MARKETPLACE GROUP, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

    Please enter the appearance of Lucy D. Lovrien as counsel for Defendants Robert Curran, Kevin Curran, and The Marketplace Group, Inc. in the above-captioned matter. I am registered to receive filings electronically.

        Respectfully submitted,


        **/s/ Lucy D. Lovrien**
        Lucy D. Lovrien, Attorney at Law (BBO No. 555042)
        Ten Winthrop Square
        Boston, Massachusetts 02110
        Phone: (617) 423-4050
        Fax: (617) 617-426-5251

Dated: January 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 5, 2006.

**/s/ Lucy D. Lovrien**
Lucy D. Lovrien