IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSTECH COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT CURRAN, KEVIN CURRAN ) <br> and THE MARKETPLACE GROUP, INC. ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION <br> NO. 04 CV 10604 NG <br> <br> **DEFENDANTS'** <br> **UNOPPOSED MOTION** <br> **FOR LEAVE TO FILE** <br> **BRIEF EXCEEDING** <br> **PAGE LIMITS IN** <br> **Local Rule 7.1(B)(4)** |

Defendants Robert Curran, Kevin Curran, and The Marketplace Group, Inc.. move for leave to file an Opposition to Plaintiff's Motion for Judgment that exceeds the 20 page limit set forth in Local Rule 7.1.(B)(4). As grounds therefore, Defendants state that the case is unusual in that it involves a contract that depends upon future court action in the form of injunctive relief, and further, that there are multiple grounds for opposition to Plaintiff's motion that require explication and also, that the facts described in Plaintiff's Motion were set forth only briefly, requiring Defendants to give a more detailed description of the facts and equities in this case. Defendant's opposition furthermore contains the grounds for Defendant's Motion for Declaratory Relief, filed this same date.

Plaintiff's counsel has indicated he does not oppose this motion.

Respectfully submitted,

        **/s/ Lucy D. Lovrien**
        Lucy D. Lovrien, Attorney at Law (BBO No. 555042)
        Ten Winthrop Square
        Boston, Massachusetts 02110
        Phone: (617) 423-4050
        Fax: (617) 617-426-5251

Dated: January 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 19, 2006.

        **/s/ Lucy D. Lovrien**
        Lucy D. Lovrien

CERTIFICATE UNDER LOCAL RULE
In accordance with Local
Rule 7.1. (A)(2), counsel
for counsel for Defendants
hereby certifies that she
conferred with counsel for
Plaintiff on January 19,
2004, and that Plaintiff's
counsel does not oppose
this motion.

**/s/ Lucy D. Lovrien**
Lucy D. Lovrien