IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSTECH COMMUNICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT CURRAN, KEVIN CURRAN )<br>and THE MARKETPLACE GROUP, INC. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO.  04 CV 10604 NG |

**NOTICE OF FILING**

At the status conference held in this matter on February 27, 2006, the Court directed the parties to file with the Court an amendment to the parties' settlement agreement, reflecting the parties' agreement on such amendment reached at the status conference. The side letter reflecting the parties' agreement is filed herewith.

                        Respectfully submitted,

                        MASSTECH COMMUNICATIONS, INC.

                        By its attorneys,

                        /s/ Mark W. Batten
                        Mark W. Batten
                        PROSKAUER ROSE LLP
                        One International Place
                        Boston, MA 02110
                        (617) 526-9850

Dated:  March 22, 2006

/-  Current/8403384v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 22nd day of March, 2006.

/s/Mark W. Batten
Mark W. Batten

/- Current/8403384v1