**LUCY D. LOVRIEN**
ATTORNEY AT LAW
TEN WINTHROP SQUARE
BOSTON, MASSACHUSETTS 02110

*Also admitted in*
*State of Maine*

TEL. (617) 423-4050
FAX (617) 426-5251
e-mail lovrien@wn.net

March 12, 2006

BY FAX (617) 526-9899 AND FIRST CLASS MAIL
Mark Batten, Esquire
Proskauer Rose LLP
One International Place
Boston, MA  02110

    Re:    MassTech Communications, Inc. v. Robert Curran et al. (D. Mass. Civil Action No. 04CV 10604).

    Re:  Settlement Agreement date October 20, 2004 between the above parties

Dear Attorney Batten:

    This letter will confirm our agreement before Judge Nancy Gertner at the recent Status Conference on February 27, 2006.  We agreed to the following amendment to the Settlement Agreement executed October 20, 2004 between the parties:

    In Section 4, before the phrase "derived from any database owned in whole or in part by Plaintiffs or any of their affiliates or subsidiaries" insert the word "directly".

    Please indicate your agreement by signing below and returning one original to me.  Thank you.

Sincerely,

*[signature]*
Lucy D. Lovrien

Agreed on behalf of MassTech Communications, Inc.
By its Attorney

*[signature]*
Mark W. Batten

Date:  March 22, 2006

Enc.
cc:    Mr. Kevin Curran
        Mr. Robert Curran