**LUCY D. LOVRIEN**
Attorney at Law
Ten Winthrop Square
Boston, Massachusetts 02110
Tel. (617) 423-4050
Fax (617) 426-5251
Email: lovrien@wn.net

April 7, 2006

Ms. Maryellen Molloy
Courtroom Clerk
Judge Nancy Gertner
U.S. District Court, District of Massachusetts

    Re:    <u>MassTech Communications, Inc. v. Robert Curran et al</u>. (D. Mass. Civil Action No. 04CV 10604).

    Re:    Permanent Injunction language

Dear Ms. Molloy:

    Judge Gertner requested that the parties draft the Permanent Injunction that will enter in this case. We have agreed upon most of the language of the injunction, but cannot agree on one aspect of it.

    Please see attached the Injunction as drafted by Attorney Batten. Handwritten revisions are mine. All of the language has been agreed upon with the following exception:

    (a) In this clause, Defendants believe that this term and the entire injunction by its terms was to end after October 20, 2006. Plaintiff believes that the time limit only applied to the language now in clause (b).

    My recollection of our February 27, 2006 status conference is that the judge stated she would "not make the P.I. permanent" and that she would only agree to something like two years (as Defendants proposed in our recent Opposition to Plaintiff's Motion for Judgment). The October 20, 2006 date was agreed upon at the February status conference. But the scope of its application is not now agreed upon.

    May the parties have a short extension of time in which to hear back from the Court about this issue? We have agreed we will abide by the Judge's decision as to whether the October 20, 2006 end date applies to the entire Injunction, or not.

    Thank you.

                                                      Sincerely,

                                                      /s/ Lucy D. Lovrien
                                                      Lucy D. Lovrien

Enc.