IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSTECH COMMUNICATIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT CURRAN, KEVIN CURRAN ) <br> and THE MARKETPLACE GROUP, INC. ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> NO. 04 CV 10604 NG |

~~DRAFT~~

**[PROPOSED] INJUNCTION AND FINAL JUDGMENT**

Pursuant to the Settlement Agreement entered into among the parties, the Court's own review of the record, and the several conferences held in this matter, the Court hereby ENTERS JUDGMENT as follows:

1. Plaintiff's claims against The Marketplace Group, Inc. are dismissed with prejudice.

2. The Court ENTERS JUDGMENT in favor of the plaintiff and against defendants Robert Curran and Kevin Curran, and ENJOINS Robert Curran and Kevin Curran as follows:

   a. Robert Curran and Kevin Curran are ~~permanently~~ ENJOINED from any use or dissemination of any database, customer list, or other confidential information and/or trade secrets of plaintiff _through October 20, 2006_; and

   b. Robert Curran and Kevin Curran are ENJOINED from ~~contacting any~~ _solicitation of_ MTC's customers ~~of the plaintiff until after~~ _through_ October 20, 2006. ~~However,~~ _Robert Curran and Kevin Curran are not enjoined at any time from gathering data independently._

SO ORDERED:

DATE:_____    _____
~~DRAFT~~
UNITED STATES DISTRICT JUDGE

/- Current/6436311v1