IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSTECH COMMUNICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT CURRAN, KEVIN CURRAN )<br>and THE MARKETPLACE GROUP, INC. )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04 CV 10604 NG |

**[PROPOSED] INJUNCTION AND FINAL JUDGMENT**

Pursuant to the Settlement Agreement entered into among the parties, the Court's own review of the record, and the several conferences held in this matter, the Court hereby ENTERS JUDGMENT as follows:

1. Plaintiff's claims against The Marketplace Group, Inc. are dismissed with prejudice.

2. The Court ENTERS JUDGMENT in favor of the plaintiff and against defendants Robert Curran and Kevin Curran, and ENJOINS Robert Curran and Kevin Curran as follows:

    a. Robert Curran and Kevin Curran are permanently ENJOINED from any use or dissemination of any database, customer list, or other confidential information and/or trade secrets of plaintiff; and

    b. Robert Curran and Kevin Curran are ENJOINED from soliciting any customer of the plaintiff until after October 20, 2006. Robert Curran and Kevin Curran are not enjoined from gathering data independently and without use of any trade secret or confidential information of the plaintiff.

SO ORDERED.

DATE:_____

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

| | |
|---|---|
| ROBERT CURRAN | MASSTECH COMMUNICATIONS, INC. |
| KEVIN CURRAN | |
| THE MARKETPLACE GROUP, INC. | |
| By their attorneys, | By its attorneys, |
| /s/ Lucy D. Lovrien | /s/ Mark W. Batten |
| Lucy D. Lovrien | Mark W. Batten |
| Ten Winthrop Square | PROSKAUER ROSE LLP |
| Boston, MA 02110 | One International Place |
| (617) 423-4050 | Boston, MA 02110 |
| | (617) 526-9850 |

Dated:  June 4, 2006